UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-CR-00129-TOR |
| Plaintiff, | |
| v. | Order Granting Government's Motion for a Protective Order re Discovery |
| CHARLES WYNECOOP, | |
| Defendant. | |

BEFORE THE COURT is the Government's Motion for a Protective Order re Discovery, ECF No. 31. The motion was noted for hearing without oral argument. Having reviewed the record and the files therein, the Court is fully informed. For good cause shown, the motion is GRANTED.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. Defense counsel may show to, and discuss with the Defendant, *Henthorn* discovery materials;

2. Defense counsel shall not provide original or copies of any *Henthorn* discovery materials to the Defendant;

3. *Henthorn* discovery materials may not be left in the Defendant's custody;

Protective Order re Discovery - 1

     5.    Defense counsel shall not otherwise provide original or copies of the *Henthorn* discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order.

     6.    The District Court Clerk shall enter this Order and furnish copies to counsel.

IT IS SO ORDERED.

Dated January 5, 2026.



THOMAS O. RICE
United States District Judge

Protective Order re Discovery - 2